MATTHEW D. CHURCH #15574
TANNER R. WEAVER #18577
**PLANT CHRISTENSEN & KANELL**
136 East South Temple, Suite 1700
Salt Lake City, Utah 84111
(801) 363-7611
mchurch@pckutah.com; tweaver@pckutah.com
*Attorneys for Naples City Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DARRELL BLOOMQUIST,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF UTAH, LEONARD ISAACSON, MARK WATKINS, NATHAN SIMPER, KIMBERLEE KAY,<br><br>    Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL: TANNER R. WEAVER**<br><br>Case No. 2:22-cv-00659-DBP<br><br>Judge Dustin B. Pead |

Tanner R. Weaver submits his Notice of Withdrawal as counsel for Defendants Leonard Isaacson, Mark Watkins, Nathan Simper, and Kimberly Kay. Please remove Mr. Weaver from all mailings, notices, certificates of service, and pleadings in this action. Matthew D. Church will continue to represent Defendants Leonard Isaacson, Mark Watkins, Nathan Simper, and Kimberly Kay.

DATED December 14, 2022.

**PLANT CHRISTENSEN & KANELL**

*/s/ Tanner R. Weaver*                  .
MATTHEW D. CHURCH
TANNER R. WEAVER
*Attorneys for Naples City Defendants*

## CERTIFICATE OF SERVICE

I certify that on December 14, 2022, a copy of the foregoing was electronically filed with the Clerk of the Court and served through the E-File system to the following parties:

Darrell Bloomquist
1471 S. 200 E.
Salt Lake City, Utah 84115
Darrellbloomquist05@gmail.com
*Plaintiff Pro Se*

Peter J. Strand
ASSISTANT UTAH ATTORNEY GENERAL
Sean D. Reyes
UTAH ATTORNEY GENERAL
pstrand@agutah.gov
*Attorneys for State of Utah*

                                                      */s/ Caroline Smith* .