DARRELL BLOOMQUIST
1471 SOUTH 200 EAST
SALT LAKE CITY, UTAH 84115
Darrellbloomquist05@gmail.com
PH:385-230-0624
_____

# US DISTRICT COURT
# DISTRICT OF UTAH

_____

| | | |
|---|---|---|
| **Darrell Bloomquist** | [ | OBJECTION TO PLANT CHRISTENSEN AN KANELL'S, (Mathew D. Church) |
| Plaintiff, | | NOTICE OF CHANCE OF FIRM |
| | ] | |
| Vs. | | |
| | [ | |
| State of Utah | | Case No: 2:22-CV-00659-DAK-DBP |
| Officer, Leonard Isaacson | ] | |
| Chief, Mark J. Watkins | | Dale A Kimball. |
| Nathan Simper | | Judge |
| Kimberlee Kay | | |

_____

Plaintiff objects to Defendants NOTICE OF CHANGE OF FIRM and counsel for defendants Leonard Isaacson, Mark Watkins, Nathan Simper, and Kimberlee Kay.

<u>OBJECTIONS TO DEFENDANTS</u>

1. Plaintiff objects to defendants Notice of Removal pursuant to 28 U.S.C. 1446 for failing to include all parties or show where a message was left according to rule 1441(a) and 1446 and request the court bar the actions of the defendant. *Kay v. Bemis 500 F.3d at 1217 (10th Cir 2007) "[a]ll defendants who have been properly joined and served must join in of consent to the removal of the action."*

2. Plaintiff objects to the Defendants adding of additional counsel via US District Court Electronic Filing System without Notice of Entry and request the court bar the additional counsel Shaunallen@agutah.gov, abueno@agutah.gov,

chasityr@agutah.gov, fpratt@agutah.gov, csmith@pckutah.com, ttran@pckutah.comm, Tweaver@pckutah.com and Manning, Curtis, Bradshaw and Bednar and places warning on the court for processing the additions without proper filings. Citing federalism and the 11th amendment to the United States. *State v. Met, 2016 UT 51, 388 P.3d 447*

3. Plaintiff argues the Defendant constant of Federal court Magistrate Judge[13][14] *A state may not be sued in federal court by its own citizen or a citizen of another state, unless the state consents to jurisdiction. Hans v. La., 134 U.S. 1 (1890)*

4. Plaintiff asks the court to bar the Defendants multi-lateral attempt to deprive the plaintiff of his constitutional rights ruled by the Eight District Court Uintah county. *Canfield v. Douglas Cnty, 619 F. App'x 774*

5. Plaintiff raises issues of "*conflict of interest*" to the Defendants Naples Police Departments failure to join in consents to Magistrate Judge under 28 U.S.C. 636(c) and FRCP 73 allowing the conduct of any or all proceedings in the jurisdiction in question. *State v. Dunn 850 P.2d 1201 (Utah 1993)*

Herein Plaintiff raises agreement to facts in his Complaint over the malicious representation and abusive influence of the Defendants and their parties Leonard Isaacson and Naples Police Department, and request Default Judgement Ordered and compensation awarded.

Dated this day December 19, 2022 /s/ Darrell Bloomquist

## Certificate of Service

I certify that a true and exact copy of OBJECTION TO PLANT CHRISTENSEN AN KANELL'S, (Mathew D. Church) NOTICE OF CHANCE OF FIRM was sent to the following, via Email on December 19, 2022.

**MANNING CURTIS**
**BRADSHAW & BEDNAR PLLC**
Mathew D. Church
215 South State Street, Suite 350
Salt Lake City, Utah 84111
(801)363-5678
[MCHURCH@mc2b.COM](MCHURCH@mc2b.COM)
ATTORNEY FOR NAPLES CITY POLICE

SALT LAKE ATTORNEY GENERAL
160 EAST BROADWAY
SALT LAKE CITY, UTAH 84111
[PSTRAND@AGUTAH.GOV](PSTRAND@AGUTAH.GOV)

Intake Clerk
U.S. District Court
351 S. West temple st,
Room 1.100
Salt Lake City, Utah, 84101
(801)524-6100